**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ROGER BRUCE BUGH,

     Defendant.

Case No. 11-CR-0072 (PJS/SER)

**<u>ORDER</u>**

Paul Murphy, Esq., United States Attorney's Office, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 for Plaintiff.

Douglas Olson, Esq., Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, Minnesota 55415, for Defendant.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Bugh's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 31] is **DENIED**; and

2. Defendant Bugh's Motion to Suppress Statements, Admissions, and Answers [Doc. No. 32] is **DENIED**.

Dated:  May 10, 2011

                           s/Patrick J. Schiltz
                           Patrick J. Schiltz
                           United States District Judge